67 F.3d 586
 UNITED STATES of America, Plaintiff-Appellee,
v.
CORDOVA CHEMICAL CO. OF MICHIGAN, et al., Defendants-Appellants,
CPC International, Inc., Defendant-Appellee,
Arnold C. Ott, et al., Defendants,
Michigan Dept. of Natural Resources, Defendant-Appellee.
 Nos. 92-2288/2326.
 United States Court of Appeals,
Sixth Circuit.
 Oct. 19, 1995.
 
 Before: MERRITT, Chief Judge; KENNEDY, MARTIN, MILBURN, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, and MOORE, Circuit Judges.
 
 Prior report: 59 F.3d 584
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.